No. 26940.

Court of Criminal Appeals of Texas.

April 7, 1954.

### WALKER v. STATE.

No. 26794.

Court of Criminal Appeals of Texas.

March 10, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $55.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.